## SEPTEMBER 1968 CALENDAR

From: The District Court of the Seventeenth Judicial District. County of Valley.

STATE OF MONTANA, Plaintiff, vs. JOHN N. GRANDCHAMP, Defendant.

### DECISION

The application of the above-named defendant for a review of the sentence of 4 years, imposed on April 5, 1968, was fully heard and after a careful consideration of the entire matter is is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

#### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Fourth Judicial District. County of Missoula.

STATE OF MONTANA, Plaintiff, vs. JOSEPH HARNED, Defendant.

### DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on June 25, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

#### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, acting chairman; Philip C. Duncan, Paul G. Hatfield.